# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-41024
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 21, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN QUINTERO-FLORES,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:14-CR-637-1

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM:*

Appealing the judgment in a criminal case, Juan Quintero-Flores raises arguments that he concedes are foreclosed by *United States v. Rodriguez*, 711 F.3d 541, 559-62 & n.28 (5th Cir. 2013) (en banc), in which this court held that the generic, contemporary definition of "sexual abuse of a minor" does not require that the age of consent be below 17 years old.  The unopposed motion

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-41024

for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.